

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00430-CV

**IN THE INTEREST OF J.N.M.**, A Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-07900
Honorable Walden Shelton, Judge Presiding

# O R D E R

Appellees' brief is due on November 23, 2022. On November 10, 2022, appellees filed an opposed motion requesting a thirty-day extension of time to file their brief. After consideration, we **grant** the motion and **order** the brief due **by December 23, 2022.** Counsel is advised requests for further extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court